UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN PHILPOTT,<br><br>             Plaintiff,<br><br>     v.<br><br>AUDREY KING, et al.,<br><br>             Defendants. | CASE NO. 1:14-cv-01766-LJO-MJS (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS COMPLAINT FOR FAILURE TO STATE A CLAIM AND REQUIRE PLAINTIFF TO FILE A HABEAS PETITION OR NOTICE OF VOLUNTARY DISMISSAL**<br><br>**(ECF No. 12)**<br><br>**CLERK TO SEND PLAINTIFF HABEAS PETITION FORM**<br><br>**CASE TO REMAIN OPEN**<br><br>**THIRTY (30) DAY DEADLINE** |

   Plaintiff is a civil detainee proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302 of the United States District Court for the Eastern District of California.

   On February 10, 2015, the Magistrate Judge issued findings and recommendations to dismiss Plaintiff's complaint for failure to state a claim, and to require Plaintiff to file, within thirty days, either a petition for a writ of habeas corpus or a

notice of voluntary dismissal. (ECF No. 12.) Plaintiff filed no objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

Accordingly, it is HEREBY ORDERED that:

1. The Court adopts the findings and recommendations, filed on February 10, 2015 (ECF No. 12), in full;
2. Plaintiff's complaint (ECF No. 1) is DISMISSED for failure to state a claim;
3. The Clerk's Office is directed to send Plaintiff a habeas petition form; and
4. Plaintiff is required to file a habeas petition or a notice of voluntary dismissal within thirty (30) days of the date of this order.

IT IS SO ORDERED.

Dated:  **March 9, 2015**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE